UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ARTHUR FANNING,<br><br>Petitioner,<br><br>v.<br><br>DEAN BORDERS, Warden,<br><br>Respondent. | Case No.: 3:18-cv-01145-BTM-KSC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING PETITION, AND DENYING CERTIFICATE OF APPEALABILITY**<br><br>**[ECF Nos. 1, 14]** |

Robert A. Fanning petitions the court for a writ of habeas corpus alleging that the California Superior Court judge's decision to not reduce his sentence under California Penal Code section 1170.126 violated his federal constitutional rights. (ECF No. 1.) Magistrate Judge Karen S. Crawford issued a Report and Recommendation that the Petition be denied. (ECF No. 14.) The Court has read the Report and Recommendation and conducted a *de novo* review of the relevant record. The Court holds that the Report and Recommendation (ECF No. 14) correctly applies the law to the facts and it is hereby **ADOPTED** as the decision of the Court. The Petition (ECF No. 1) is **DENIED**. Because Fanning has not made

1

3:18-cv-01145-BTM-KSC

a substantial showing of a violation of a federal right, a certificate of appealability is **DENIED**. The Clerk shall enter judgement accordingly.

    **IT IS SO ORDERED.**

Dated: August 7, 2019

_____
Honorable Barry Ted Moskowitz
United States District Judge